IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK LOUIS KATZIN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BUREAU OF PRISONS and JOHN NASH, Warden,<br><br>　　　　　　Respondents. | Civil Action No. 05-212 (JBS)<br><br>**O R D E R** |

　　　THIS MATTER having come before the Court on Application of *Pro Se* Petitioner Mark Louis Katzin for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241; and Respondents having filed a Motion to Dismiss in response to the petition; and the Court having fully considered the submissions of the parties; and for the reasons expressed in the Opinion issued this same day;

　　　IT IS on this **21st** day of **July**, 2005;

　　　**ORDERED** that Respondents Motion to Dismiss for lack of jurisdiction is hereby GRANTED; and it is further

　　　**ORDERED** that Petitioner may inform the Court, in writing, within Thirty (30) days of the date of entry of this Order, if he wishes to proceed with this action as a civil action; and it is further

**ORDERED** that the Clerk of the Court shall send to Petitioner a blank form application to proceed <u>in forma pauperis</u> for a civil action; and it is further

**ORDERED** that if Petitioner does not respond to this Order within the aforementioned 30 days, the Court will issue an Order to the Clerk's office to close this case.

<u>s/ Jerome B. Simandle</u>
JEROME B. SIMANDLE
United States District Judge